STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
(510) 637-3500

Counsel for Defendant HECTOR ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 16-00380 JST |
| Plaintiff, | ) | |
| | ) | REVISED STIPULATION AND |
| v. | ) | [PROPOSED] ORDER CONTINUING |
| | ) | DATE FOR CHANGE OF PLEA; |
| | ) | EXCLUSION OF TIME |
| HECTOR ORTIZ, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the court date for Hector Ortiz, currently scheduled for November 4, 2016, at 9:30 a.m., may be continued to December 9, 2016, at 9:30 a.m. for change of plea.  The reason for the request is that defense counsel will be out of town and unavailable on November 4, 2016.  It is anticipated that Mr. Ortiz will plead guilty to a violation of 18 U.S.C. §751(a)(escape), and because a pre-sentence report (PSR) was prepared in the underlying case, the parties discussed asking the Court to waive preparation of a new PSR and proceeding immediately to sentencing following the guilty plea.  The additional time will enable counsel to review the documents and prepare a memorandum prior to the change of plea.

IT IS FURTHER STIPULATED THAT the time from November 4, 2016, to December 9,

2016, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for continuity of counsel and effective preparation so that counsel can be present and review all documents with Mr. Ortiz prior to the scheduled change of plea.

DATED: 10/07/16            \_\_\_\_/s/_____
                           JOYCE LEAVITT
                           Assistant Federal Public Defender

DATED: 10/07/16            \_\_\_\_\_/s/_____
                           ZINZI BONILLA
                           Special Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date scheduled for November 4, 2016, is hereby continued to December 9, 2016, at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED THAT the time to December 9, 2016, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for continuity of counsel and effective preparation of counsel taking into consideration due diligence so that defense counsel can be present and have time to review the agreement and PSR with Mr. Ortiz and prepare a memorandum to file prior to the change of plea.  The Court finds that there is good cause and the ends of justice served by the granting of the continuance outweigh the interests of the public and defendant.  Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: October 11, 2016        _____
                               HON. JON S. TIGAR
                               United States District Judge